IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PENNY W. BROWN,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **BENNETT MOTOR EXPRESS, L.L.C.**, : <br> : <br> Defendant. : <br> _____: | Civil Action No. <br><br> **1:11-cv-03107-JOF** |

## STIPULATION OF DISMISSAL

The parties, through their counsel of record, hereby stipulate that the above-styled action be dismissed with prejudice, pursuant to Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure, the parties each to bear their own costs.

Respectfully submitted this 2nd day of March, 2012.

s/A. McArthur Irvin                               s/ Douglas H. Duerr
A. McArthur Irvin                                   Douglas H. Duerr
Georgia Bar No. 384300                       Georgia Bar No. 231772

                                                              Laura R. Anthony
                                                              Georgia Bar No. 15667

Counsel for Plaintiff                              Counsel for Defendant

| | |
|---|---|
| **IRVIN & KESSLER, LLC** | **ELARBEE, THOMPSON,** |
| 3500 Piedmont Road | **SAPP & WILSON, LLP** |
| Suite 750 | 800 International Tower |
| Atlanta, Georgia 30305 | 229 Peachtree Street, N.E. |
| (404) 237-1020 | Atlanta, Georgia 30303 |
| (404) 237-1047 (facsimile) | (404) 659-6700 |
| | (404) 222-9718 (facsimile) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **PENNY W. BROWN**, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 1:11-cv-03107-JOF |
| **BENNETT MOTOR EXPRESS, L.L.C.**, | : |
| Defendant. | : |
| _____ | : |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2012, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to the following attorneys of record:

        Douglas H. Duerr
        Duerr@elarbeethompson.com
        Laura R. Anthony
        Anthony@elarbeethompson.com

                      s/A. McArthur Irvin
                      A. McArthur Irvin
                      Georgia Bar No. 384300

IRVIN & KESSLER LLC
Two Securities Centre, Suite 750
3500 Piedmont Road, N.E.
Atlanta, Georgia  30305
404.237.5075
404.237.1047
mac@isklaw.com